FILED
04 MAY -3 AM 10: 37
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JAMES EDWARD BAGLEY, | ) |
| Petitioner, | ) |
| vs. | ) CIVIL ACTION NO. 04-AR-0663-E |
| STATE OF ALABAMA, et al., | ) |
| Respondents. | ) |

ENTERED
MAY 03 2004

## MEMORANDUM OF OPINION

The court has considered the entire file in this action, together with the magistrate judge's report and recommendation, and the petitioner's unintelligible "Answer" to the report and recommendation, and has reached an independent conclusion that the report and recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accord with the recommendation, this petition for writ of habeas corpus is due to be dismissed. The petitioner is filing motions in this court which should be filed in his state court prosecution. The petitioner is further instructed that he must exhaust state court remedies for any adverse ruling he receives in state court. An appropriate order will be entered.

DONE, this ___3rd___ day of ___May___, 2004.

_____
WILLIAM M. ACKER, JR.,
UNITED STATES DISTRICT JUDGE

